UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mitchell Dzik,<br><br>        Plaintiff,<br><br>  v.<br><br>Johnson, *et al.*,<br><br>        Defendants. | Case No. 2:22-cv-01982-GMN-EJY<br><br>**ORDER** |

On November 29, 2022, Plaintiff filed a Civil Rights Complaint under 42 U.S.C. § 1983. ECF No. 1-1.  Plaintiff did not submit a complete application to proceed *in forma pauperis* ("IFP"), nor did he pay the $402 filing fee.  On December 2, 2022, the Court provided Plaintiff until January 3, 2023, to either pay the $402 filing fee or file a complete IFP application with all three required documents.  ECF No. 3.

On December 21, 2022, Plaintiff filed several motions, including a "Motion for Extension of Time/Motion to Compel."  ECF No. 7.  In this Motion, Plaintiff seeks an extension of time to February 28, 2023, to submit his Financial Certificate.  *Id.* at 5.  Plaintiff states he sent prison officials a request for a Financial Certificate, but it is taking six to eight weeks for certificates to be returned.  *Id.*  Plaintiff also asks the Court to order prison officials to return his Financial Certificate by February 1, 2023.  *Id.* at 6.  As of today's date, Plaintiff has not filed a complete IFP application or paid the filing fee.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time/Motion to Compel (ECF No. 7) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that on or before **February 28, 2023,** Plaintiff must either pay the $402 filing fee or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Court will **not** grant any further extensions of time absent unusual circumstances.

IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete IFP application on or before **February 28, 2023**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete IFP application or pay the required filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed IFP for inmates along with the information and instructions for filing the same.

DATED this 11th day of January, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2